UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JIM DOBBAS, INC., a California corporation; CONTINENTAL RAIL, INC., a Delaware corporation; DAVID VAN OVER, individually; PACIFIC WOOD PRESERVING, a dissolved California corporation; WEST COAST WOOD PRESERVING, LLC., a Nevada limited liability company; and COLLINS & AIKMAN PRODUCTS, LLC, a Delaware limited liability company;,<br><br>　　　　Defendants. | No. 2:14-cv-595 WBS EFB<br><br><u>ORDER RELATING CASES</u> |

1

| | |
|---|---|
| TRAVELERS INDEMNITY CO., a Connecticut corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL; TOXIC SUBSTANCES CONTROL ACCOUNT; and COLLINS & AIKMAN PRODUCTS, LLC, a cancelled Delaware limited liability company;,<br><br>　　　　　Defendants. | No. 2:19-cv-1892 KJM AC |

----oo0oo----

　　　　　Examination of the above-entitled actions reveals that they are related within the meaning of Local Rule 123(a), because both involve liability for the costs of clean-up of the property located at 147A Street, Elmira, California. Accordingly, the assignment of the matters to the same judge is likely to effect a substantial saving of judicial effort and is also likely to be convenient for the parties.

　　　　　The parties should be aware that relating the cases under Local Rule 123 merely has the result that both actions are assigned to the same judge; no consolidation of the actions is effected. Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

　　　　　IT IS THEREFORE ORDERED that the actions denominated California Department of Toxic Substances Control v. Jim Dobbas, Inc., Case No. 2:14-cv-595 WBS EFB, and Travelers Indemnity Co. v. California Department of Toxic Substances Control, Case No.

2:19-cv-1892 KJM AC, be, and the same hereby are, deemed related. The case denominated Travelers Indemnity Co. v. California Department of Toxic Substances Control, Case No. 2:19-cv-1892 KJM AC, shall be reassigned to Judge WILLIAM B. SHUBB. Any dates currently set in the reassigned case only are hereby VACATED. Henceforth, the captions on documents filed in the reassigned case shall be shown as Travelers Indemnity Co. v. California Department of Toxic Substances Control, Case No. 2:19-cv-1892 WBS EFB.

     IT IS FURTHER ORDERED that the Clerk of the Court make an appropriate adjustment in the assignment of cases to compensate for this reassignment.

Dated: September 25, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE