CLYDE & CO US LLP
101 Second Street, 24th Floor
San Francisco, California 94105
Telephone: (415) 365-9800

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| THE TRAVELERS INDEMNITY COMPANY, a Connecticut corporation,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL; TOXIC SUBSTANCES CONTROL ACCOUNT; and COLLINS & AIKMAN PRODUCTS, LLC, a cancelled Delaware limited liability company,<br><br>Defendants, | Case No. 2:19-CV-01892-WBS-EFB<br><br>**[PROPOSED] ORDER GRANTING STIPULATED REQUEST OF THE PARTIES TO STAY THIS ACTION PENDING PROCEEDINGS IN UNDERLYING ACTION**<br><br>Complaint Filed:    September 18, 2019 |

The Court, having considered the parties' joint request that this insurance coverage action be stayed pending proceedings in an underlying case entitled *California Department of Toxic Substances Control, et al. v. Jim Dobbas, Inc., et al.*, E.D. Cal., Case No. 2:14-CV-00595-WBS-

EFB (the "*DTSC Action*"), finds that good cause exists to stay this action, and grant the requested stay on the following terms:

1. This case is stayed pending resolution of the *DTSC Action*, or upon thirty (30) days' written notice of either party, whichever is earlier; a Status (Pretrial Scheduling) Conference set for February 3, 2020 is hereby taken off calendar, and the deadlines for the parties' actions relating to that conference as set forth in this Court's September 26, 2019 Order regarding same are hereby vacated;

2. A new Status (Pretrial Scheduling) Conference is set for **March 30, 2020 at 1:30 p.m.** If this case is not dismissed by then and the stay has not been lifted, the parties shall file a joint status report with the Court no later than **March 16, 2020** as to whether or not good cause exists to continue the stay in this action.

**IT IS SO ORDERED**.

Dated this 22nd day of November, 2019.

/s/ JOHN A. MENDEZ
for HON. WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

4856488
[PROPOSED] ORDER GRANTING STIPULATED REQUEST OF THE PARTIES TO STAY THIS ACTION PENDING PROCEEDINGS IN UNDERLYING ACTION

2