UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| THE TRAVELERS INDEMNITY COMPANY, a Connecticut corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL; TOXIC SUBSTANCES CONTROL ACCOUNT; and COLLINS & AIKMAN PRODUCTS, LLC, a cancelled Delaware limited liability company,<br><br>        Defendants, | Case No. 2:19-CV-01892-WBS-EFB<br><br>**ORDER GRANTING STIPULATED REQUEST OF THE PARTIES TO CONTINUE TO STAY THIS ACTION PENDING PROCEEDINGS IN UNDERLYING ACTION**<br><br><br>Complaint Filed:    September 18, 2019 |

The Court, having considered the parties' joint request that this insurance coverage action continue to be stayed pending proceedings in an underlying case entitled *California Department of Toxic Substances Control, et al. v. Jim Dobbas, Inc., et al.*, E.D. Cal., Case No. 2:14-CV-00595-WBS-EFB (the "*DTSC Action*"), finds that good cause exists to continue to stay this action, and grant the requested stay on the following terms:

    1.    This case continues to be stayed pending resolution of the *DTSC Action*, or upon

thirty (30) days' written notice of either party, whichever is earlier; and that all pending hearings or conferences be taken off calendar, and all deadlines related to or triggered by those hearings or conferences be vacated;

2. A new status conference is set for **July 20, 2020 at 1:00 p.m. in Courtroom 5**, at which time, if the case has not been dismissed and the stay has not been lifted, the parties shall file a further joint status report no later than **July 14, 2020**.

**IT IS SO ORDERED**.

Dated: March 16, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE