UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| THE TRAVELERS INDEMNITY COMPANY, a Connecticut corporation,<br><br>           Plaintiff,<br><br>      v.<br><br>CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL; TOXIC SUBSTANCES CONTROL ACCOUNT; and COLLINS & AIKMAN PRODUCTS, LLC, a cancelled Delaware limited liability company,<br><br>           Defendants, | Case No. 2:19-CV-01892-WBS-EFB<br><br>**ORDER GRANTING STIPULATED REQUEST OF THE PARTIES TO CONTINUE TO STAY THIS ACTION PENDING PROCEEDINGS IN UNDERLYING ACTION**<br><br>Complaint Filed:     September 18, 2019 |

The Court, having considered the parties' joint request that this insurance coverage action continue to be stayed pending proceedings in an underlying case entitled *California Department of Toxic Substances Control, et al. v. Jim Dobbas, Inc., et al.*, E.D. Cal., Case No. 2:14-CV-00595-WBS-EFB (the "*DTSC Action*"), finds that good cause exists to continue to stay this action, and grant the requested stay on the following terms:

1.     -This case continues to be stayed pending resolution of the *DTSC Action*, or upon

1  thirty (30) days' written notice of either party, whichever is earlier; and that all pending hearings
2  or conferences be taken off calendar, and all deadlines related to or triggered by those hearings
3  or conferences be vacated;

4      2.    The Status conference is continued to **November 23, 2020 at 1:30 p.m.** in
5  Courtroom 5 (WBS), at which time, if the case has not been dismissed and the stay has not been
6  lifted, the Court shall hear from the parties as to whether good cause exists to extend the stay of
7  this action. The parties shall file a further joint status report no later than **November 9, 2020** if
8  the case has not been dismissed by that date.

9      **IT IS SO ORDERED**.

11  Dated: July 8, 2020

                                  WILLIAM B. SHUBB
                                UNITED STATES DISTRICT JUDGE