UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| THE TRAVELERS INDEMNITY COMPANY, a Connecticut corporation,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL; TOXIC SUBSTANCES CONTROL ACCOUNT; and COLLINS & AIKMAN PRODUCTS, LLC, a cancelled Delaware limited liability company,<br><br>Defendants, | Case No. 2:19-CV-01892-WBS-EFB<br><br>**ORDER GRANTING STIPULATED REQUEST OF THE PARTIES TO CONTINUE TO STAY THIS ACTION PENDING PROCEEDINGS IN UNDERLYING ACTION**<br><br><br>Complaint Filed:   September 18, 2019 |

The Court, having considered the parties' joint request that this insurance coverage action continue to be stayed pending proceedings in an underlying case entitled *California Department of Toxic Substances Control, et al. v. Jim Dobbas, Inc., et al.*, E.D. Cal., Case No. 2:14-CV-00595-WBS-EFB (the "*DTSC Action*"), finds that good cause exists to continue to stay this action, and grants the requested stay on the following terms:

1. This case continues to be stayed pending resolution of the *DTSC Action*, or upon thirty (30) days' written notice of either party, whichever is earlier;

2.  A new status conference is to be set for **July 19, 2021 at 1:30 p.m.,** at which time, if the case has not been dismissed and the stay has not been lifted, the Court shall hear from the parties as to whether good cause exists to extend the stay of this action.  A further Joint Status Report shall be filed no later than **July 6, 2021**.

**IT IS SO ORDERED**.

Dated:  March 5, 2021

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28