UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| THE TRAVELERS INDEMNITY COMPANY, a Connecticut corporation,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL; TOXIC SUBSTANCES CONTROL ACCOUNT; and COLLINS & AIKMAN PRODUCTS, LLC, a cancelled Delaware limited liability company,<br><br>Defendants, | Case No. 2:19-CV-01892-WBS-EFB<br><br>**ORDER GRANTING STIPULATED REQUEST OF THE PARTIES TO CONTINUE TO STAY THIS ACTION PENDING PROCEEDINGS IN UNDERLYING ACTION**<br><br>Complaint Filed: September 18, 2019 |

The Court, having considered the parties' joint request that this insurance coverage action continue to be stayed pending proceedings in an underlying case entitled *California Department of Toxic Substances Control, et al. v. Jim Dobbas, Inc., et al.*, E.D. Cal., Case No. 2:14-CV-00595-WBS-EFB (the "DTSC Action"), finds that good cause exists to continue to stay this action, and grants the requested stay on the following terms:

1. This case continues to be stayed pending resolution of the DTSC Action, or upon thirty (30) days' written notice of either party, whichever is earlier;

2. The Status Conference is reset for **November 22, 2021 at 1:30 p.m.**;

3. A <u>Joint</u> Status Report re status of this action and further proceedings shall be filed no later than **November 8, 2021** if the case has not been dismissed and the stay has not been lifted by that date.

IT IS SO ORDERED.

Dated: July 1, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE