1

2

3

4

5

6

7

8 UNITED STATES DISTRICT COURT

9 EASTERN DISTRICT OF CALIFORNIA

10 SACRAMENTO DIVISION

11

| | |
|---|---|
| 12 THE TRAVELERS INDEMNITY COMPANY, a Connecticut corporation, | Case No. 2:19-CV-01892-WBS-EFB |
| 13 | **ORDER GRANTING STIPULATED** |
| Plaintiff, | **REQUEST OF THE PARTIES TO** |
| 14 | **CONTINUE TO STAY THIS ACTION** |
| v. | **PENDING PROCEEDINGS IN** |
| 15 | **UNDERLYING ACTION** |
| CALIFORNIA DEPARTMENT OF TOXIC | |
| 16 SUBSTANCES CONTROL; TOXIC SUBSTANCES CONTROL ACCOUNT; | |
| 17 and COLLINS & AIKMAN PRODUCTS, LLC, a cancelled Delaware limited liability | Complaint Filed:    September 18, 2019 |
| 18 company, | |
| 19        Defendants, | |

20

21        The Court, having considered the parties' joint request that this insurance coverage action

22 continue to be stayed pending proceedings in an underlying case entitled *California Department of*

23 *Toxic Substances Control, et al. v. Jim Dobbas, Inc., et al.*, E.D. Cal., Case No. 2:14-CV-00595-

24 WBS-EFB (the "DTSC Action"), finds that good cause exists to continue to stay this action, and

25 grants the requested stay on the following terms:

26        1.        This case continues to be stayed pending resolution of the DTSC Action, or upon

27 thirty (30) days' written notice of either party, whichever is earlier;

28

[PROPOSED] ORDER GRANTING STIPULATED REQUEST OF THE PARTIES TO CONTINUE TO
STAY THIS ACTION PENDING PROCEEDINGS IN UNDERLYING ACTION

1    2.    The Status Conference is reset for **February 28, 2022 at 1:30 p.m.**  If the case has

2 not been dismissed and the stay has not been lifted, the parties shall file a further joint status report

3 no later than **February 14, 2022** as to whether good cause exists to extend the stay of this action.

4    IT IS SO ORDERED.

5 Dated:  November 1, 2021

6    WILLIAM B. SHUBB
    UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING STIPULATED REQUEST OF THE PARTIES TO CONTINUE TO
STAY THIS ACTION PENDING PROCEEDINGS IN UNDERLYING ACTION