UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| THE TRAVELERS INDEMNITY COMPANY, a Connecticut corporation,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL; TOXIC SUBSTANCES CONTROL ACCOUNT; and COLLINS & AIKMAN PRODUCTS, LLC, a cancelled Delaware limited liability company,<br><br>Defendants, | Case No. 2:19-CV-01892-WBS-EFB<br><br>**ORDER GRANTING STIPULATED REQUEST OF THE PARTIES TO CONTINUE TO STAY THIS ACTION PENDING PROCEEDINGS IN UNDERLYING ACTION**<br><br><br>Complaint Filed:   September 18, 2019 |

The Court, having considered the parties' joint request that this insurance coverage action continue to be stayed pending proceedings in an underlying case entitled *California Department of Toxic Substances Control, et al. v. Jim Dobbas, Inc., et al.*, E.D. Cal., Case No. 2:14-CV-00595-WBS-EFB (the "DTSC Action"), finds that good cause exists to continue to stay this action, and grants the requested stay on the following terms:

1. This case continues to be stayed pending resolution of the DTSC Action, or upon thirty (30) days' written notice of either party, whichever is earlier;

2. A new status conference is set for **May 23, 2022 at 1:30 p.m**., at which time, if the case has not been dismissed and the stay has not been lifted, the Court shall hear from the parties as to whether good cause exists to extend the stay of this action. A further joint status report shall be filed no later than **May 9, 2022**.

IT IS SO ORDERED.

Dated: February 4, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN MATEO

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Francisco, State of California. My business address is Four Embarcadero Center, Suite 1350, San Francisco, CA 94111.

On February 4, 2022, I served true copies of the following document(s) described as **[PROPOSED] ORDER GRANTING STIPULATED REQUEST OF THE PARTIES TO CONTINUE TO STAY THIS ACTION PENDING PROCEEDINGS IN UNDERLYING ACTION** on the interested parties in this action as follows:

**BY CM/ECF NOTICE OF ELECTRONIC FILING**: I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 4, 2022, at South San Francisco, California.

Andrea Mackenzie