UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| TRAVELERS INDEMNITY CO., a Connecticut corporation,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL; TOXIC SUBSTANCES CONTROL ACCOUNT; and COLLINS & AIKMAN PRODUCTS, LLC, a cancelled Delaware limited liability company,<br><br>Defendants. | No. 2:19-cv-1892 WBS JDP<br><br>ORDER |

----oo0oo----

Pursuant to the discussion at the status conference on August 11, 2025, and with the agreement of counsel, the stay of all proceedings in this case is hereby EXTENDED, pending resolution of the related case, California Department of Toxic Substances Control v. Jim Dobbas, Inc., No. 2:14-cv-595 WBS JDP. (See Docket No. 52.)

1

1         The status conference previously set for January 26,
2 2026 is hereby VACATED.  (See Docket No. 53.)  The court will set
3 the matter for a further status conference upon the request of
4 any party.
5         IT IS SO ORDERED.
6 Dated:  August 12, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE